AO 240 (Rev. 9/96)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 4 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

Plaintiff

v.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 5:17CV079-JLH-BD

I, **Charles E. Hamner #143063**, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Varner Supermax / Ark. dept. of Corr.**

   Are you employed at the institution?   **NO**   Do you receive any payment from the institution?   **NO**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or worker's compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☑ Yes   ☐ No
   f. Any other sources   ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

The amount of money I receive each month varies because my mother and sister send me money to purchase commissary with so I have a little food in my cell to eat and for hygiene and writing materials.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

    If "Yes," state the total amount. ____X____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

    If "Yes," describe the property and state its value.

    X

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    Just myself thank God!

I declare under penalty of perjury that the above information is true and correct.

March 11, 2017
Date

Charles E. Hanner  #143063
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

| AR DOC<br>REPORT NO. IBSR146 - 35 | CALCULATION OF INITIAL PAYMENT OF<br>FILING FEE<br>FROM: 9/18/2016 TO: 03/17/2017 | PAGE: 1 of 1<br>PROCESSED: 03/17/2017 10:26 AM<br>REQUESTOR: Pamela A Gilley |
|---|---|---|

**(To be Completed by the Institution of Incarceration)**

PLAINTIFF: Charles Hamner

ADC NUMBER: 143063

FEDERAL COURT CASE NUMBER (IF KNOWN): _____

| | |
|---|---|
| TOTAL DEPOSITS FOR LAST (6) MONTHS: | $351.00 |
| AVERAGE MONTHLY DEPOSIT: (TOTAL DEPOSITS DIVIDED BY 6) | $58.50 |
| TOTAL BALANCES FOR LAST SIX (6) MONTHS: | $170.57 |
| AVERAGE MONTHLY BALANCE (TOTAL BALANCES DIVIDED BY 6): | $28.43 |
| CURRENT ACCOUNT BALANCE: | $3.09 |
| INITIAL PAYMENT OF FILING FEE AS OF: 03/17/2017 | $11.70 |

(THE GREATER OF THE AVERAGE MONTHLY DEPOSIT OR THE AVERAGE MONTHLY BALANCE x .20)

DATE: 3-17-17        AUTHORIZED OFFICIAL: *Pamela Gilley*

**(NO FILING FEE SHALL BE IN EXCESS OF $400<br>FOR A CIVIL LAWSUIT OR $505 FOR AN APPEAL)**

## CERTIFICATE
(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ 3.09 on account to his/her credit at the Varner institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution: None to my Knowledge

I further certify that during the past six months the applicant's average balance was $ 28.43 .

3-17-17
Date

Pamela Tilley
Signature of Authorized Officer of Institution