IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. HAMNER, ADC #143063                                  PLAINTIFF

v.                        NO. 5:17CV00079 JLH/BD

DANNY BURLS, *et al.*                                                           DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, Charles E. Hamner's timely objections, and upon a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Document #4.

Hamner's claims that the defendants violated his due process rights and that defendants violated ADC policy and procedure are DISMISSED with prejudice. Hamner may proceed on his retaliation claim against the named defendants.

IT IS SO ORDERED this 4th day of May, 2017.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE