# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES E. HAMNER,**
**ADC #143063**                                                                        **PLAINTIFF**

**V.**                 **CASE NO. 5:17-CV-00079-JLH-BD**

**DANNY BURLS, et al.**                                                  **DEFENDANTS**

## ORDER

On May 4, 2017, the Court allowed Mr. Hamner to proceed on his retaliation claims against all Defendants. (Docket entry #6) Therefore, service is proper.

The Clerk of Court is directed to prepare summonses for the Defendants. The United States Marshal is directed to serve a copy of the complaint, with any attachments (docket entry #2), and a summons for each Defendant without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED, this 19th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE