In The United States District Court
Eastern District of Arkansas
Pine Bluff Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 23 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Charles E. Hanner #143063     Plaintiff

V.     Case No. 517CV00079 JLH/BD

Danny Burls, et. al.     Defendant's

Plaintiffs Motion For Defendant's To Answer Complaint/Summons

On March 24, 2017 the plaintiff filed a motion for leave to proceed in forma pauperis attached with a complaint with jury demand against all defendants. On March 28, 2017 the Pro Se plaintiff was granted motion to proceed in forma pauperis. On April 13, 2017 U.S. Magistrate Judge Beth Deere filed a partial recommended disposition. On April 28, 2017 the plaintiff filed a timely objection to the partial recommended disposition. On May 4, 2017 United States District Judge J. Leon Holmes carefully considered the recommendation and then adopted and approved it as the courts findings. The plaintiff was granted the right to proceed on his retaliation claim against the named defendants by order of the court however, since that time none of the named defendants have been summoned by the court to answer the plaintiffs complaint. The plaintiff is askin the court to have the clerk prepare summons to be served on the defendants along with his written complaint by the U.S. Marshall service. For the reasons listed above the plaintiff ask the court to grant his motion. Respectfully submitted,

(dated: May 20, 2017)     (Signed: Charles E. Hanner #143063)