# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| **CHARLES E. HAMNER,** | |
| **ADC #143063** | **PLAINTIFF** |
| V. | **CASE NO. 5:17-CV-79-JLH-BD** |
| **DANNY BURLS, et al.** | **DEFENDANTS** |

## ORDER

Mr. Hamner has filed a motion for service, requesting that the Court prepare summonses for the Defendants. (Docket entry #8) On May 19, 2017, the Court directed the Clerk to prepare summonses for the Defendants and those summonses were issued. (#7) Therefore, Mr. Hamner's motion (#8) is DENIED, as moot.

IT IS SO ORDERED, this 24th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE