(Post. 3/12/14)

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Charles E Hamner, ADC #143063 | COURT CASE NUMBER<br>5:17-cv-00079-JLH-BD |
|---|---|
| DEFENDANT<br>Danny Burls, et al. | TYPE OF PROCESS<br>Summons & Complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Connie Jenkins, Classification, Maximum Security   c/o ADC Compliance Division |
| | ADDRESS Street or RFD, Apartment No., City, State and ZIP Code |
| AT | P.O. Box 20550                                      Pine Bluff, AR  71612 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Charles E Hamner, ADC #143063
VARNER SUPERMAX
Arkansas Department of Correction
Post Office Box 400
Grady, AR 71644-0400

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 16 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Signature of Attorney or other Originator requesting service on behalf of:
/s/ M. Frost, Deputy Clerk
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 501-604-5351
DATE: 5/19/2017

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 09 | District to Serve No. 09 | Signature of Authorized USMS Deputy or Clerk  S. Wilson | Date 5-23-17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/12/17
Time: 0800 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 130 | | | 130 | | $130 | |

REMARKS:

PRIOR EDITIONS MAY BE USED             **1. CLERK OF THE COURT**            FORM USM-285 (Rev. 12/15/80)



Arkansas Board of Corrections
Compliance Division
Post Office Box 20550
White Hall, Arkansas 71612
Phone: (870) 267-6752
Fax: (870) 267-6755

## MEMORANDUM

TO: United States Marshals Service, Western District

FROM: Chris Coody, Investigator Compliance Division

RE: **Accepting Service/Returning Service**/Additional Service

DATE: **June 12 , 2017**

---

Please be advised that I am Accepting Service on these copies of this lawsuit, **case no. 5:17CV00079, Im. Charles E. Hammer, ADC#143063, v, Danny Burl et al**, for the following, on this **Date: June 12, 2017**:

**Danny Burl, Warden, MSU
Connie Jenkins, Classification, Ester Unit
Maurice Williams, Major, Grimes Unit
Steve Outlaw, Deputy Warden, Pine Bluff Unit
Marvin Evans, Retired, Deputy Director ADC**

This case is assigned to **Chris Coody, Investigator for the Compliance Division.**

This case was delivered by U. S. Marshal's Service

cc:  Attorney General's Office
     Case File