# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Charles E Hamner, ADC #143063 | 5:17-cv-00079-JLH-BD |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Danny Burls, et al. | Summons & Complaint |

| **SERVE** | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Steve Outlaw, Dep. Warden, Maximum Security Unit   c/o ADC Compliance Division |
| **AT** | ADDRESS Street or RFD, Apartment No., City, State and ZIP Code)<br>P.O. Box 20550          Pine Bluff, AR  71612 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Charles E Hamner, ADC #143063
VARNER SUPERMAX
Arkansas Department of Correction
Post Office Box 400
Grady, AR 71644-0400

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):
Fold                                                                                                                        Fold

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 16 2017

JAMES W. McCORMACK, CLERK
By: _____

U.S. Marshal
Eastern Arkansas
2017 MAY 19 PM 3:06
Received

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ M. Frost, Deputy Clerk | | 501-604-5351 | 5/19/2017 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 09 | District to Serve No 09 | Signature of Authorized USMS Deputy or Clerk | Date 5-23-17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 6/12/17   Time 0800  am/pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee 130 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 130 | Advance Deposits | Amount owed to U.S. Marshal or $130 | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**



**Arkansas Board of Corrections**
**Compliance Division**
**Post Office Box 20550**
**White Hall, Arkansas 71612**
**Phone:  (870) 267-6752**
**Fax:  (870) 267-6755**

## MEMORANDUM

TO:        United States Marshals Service, Western District

FROM:    Chris Coody, Investigator Compliance Division

**RE:        Accepting Service/Returning Service**/Additional Service

DATE:    **June 12 , 2017**

---

Please be advised that I am Accepting Service on these copies of this lawsuit, **case no. 5:17CV00079, Im. Charles E. Hammer, ADC#143063, v, Danny Burl et al**, for the following, on this **Date: June 12, 2017**:

**Danny Burl, Warden, MSU**
**Connie Jenkins, Classification, Ester Unit**
**Maurice Williams, Major, Grimes Unit**
**Steve Outlaw, Deputy Warden, Pine Bluff Unit**
**Marvin Evans, Retired, Deputy Director ADC**

This case is assigned to **Chris Coody, Investigator for the Compliance Division.**

This case was delivered by U. S. Marshal's Service

cc:    Attorney General's Office
        Case File