# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHARLES E. HAMNER, ADC #143063                                                      PLAINTIFF

v.                          NO. 5:17CV00079 JLH/BD

DANNY BURLS, *et al.*                                                               DEFENDANTS

## **NOTICE OF APPEARANCE**

William C. Bird, Assistant Attorney General, hereby requests the Clerk of the Court enter his appearance on behalf of Separate Defendants Danny Burls, Connie Jenkins, Maurice Williams, Steve Outlaw, and Marvin Evans, and hereby requests copies of all future service and correspondence be sent to William C. Bird, Assistant Attorney General.

I hereby certify that I am admitted to practice in this court and respectfully place the Clerk of the Court and all parties of record on notice of my appearance.

                                          Respectfully submitted,

                                          Leslie Rutledge
                                          Attorney General

By:    */s/ William C. Bird III*
           Arkansas Bar No. 2005149
           Assistant Attorney General
           323 Center Street, Suite 200
           Little Rock, Arkansas 72201
           Telephone: (501) 682-1317
           Facsimile:  (501) 682-2591
           william.bird@arkansasag.gov

*Attorneys for Separate Defendants*

## **CERTIFICATE OF SERVICE**

I, William C. Bird, Assistant Attorney General, do hereby certify that on June 30, 2017, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

I, William C. Bird, hereby certify that on June 30, 2017, I mailed this document by U.S. Postal Service to the following non CM/ECF participant:

Mr. Charles Hamner, ADC #143063
Varner Supermax
Arkansas Department of Correction
P.O. Box 400
Grady, Arkansas 71644-0600

*/s/ William C. Bird III*
William C. Bird III