In The United States District Court
Eastern District of Arkansas
Pine Bluff Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 08 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Charles E. Hamner #143063                                Plaintiff

V.            Case No. 5:17-cv-00079-JLH-BD

Danny Burls; et. al.                                     Defendants

⟨Objection To Partial Recommended Disposition⟩

The plaintiff is an Arkansas Prisoner whom, never at no time given notice of a hearing, or a hearing consistent with Wolff v. McDonnell, 418 U.S. 539 (1974) see ⟨Exhibit A⟩ pgs. 1-4. The plaintiff fully exhausted his Administrative Remedies whenever, he filed Administrative grievances listing all defendants whom, specifically failed numerous times to list a reason for the plaintiff's continued segregation. The plaintiff could have been transferred to another state or federal institution anywhere, at any time, if he was really deemed a security threat or concern. It was never a proven fact that the plaintiff was held in Administrative segregation for security reasons however, the plaintiff has proven that the defendants falsified state document's, see ⟨All Exhibits⟩ The plaintiff agrees that the defendants should not be entitled to qualified immunity at this time, or any time in the future because of their deliberate maliciousness and wrongdoings. The plaintiff agrees with the court that his claim should not be dismissed and should be allowed to proceed due to the defendant's retaliatory conduct. Wherefore, the plaintiff prays these things as written above and is respectful of the courts decision.

Sincerely,
Charles E. Hamner #143063
P.O. Box 600
Grady, AR 71644