IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES E. HAMNER, ADC #143063**                         **PLAINTIFF**

V.                    **CASE NO. 5:17-CV-00079 JLH/BD**

**DANNY BURLS, et al.**                                              **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and the Defendants' timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion to dismiss (docket entry #16) is DENIED.

IT IS SO ORDERED, this 12th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE