### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**CHARLES E. HAMNER**                                                              **PLAINTIFF**
**ADC #143063**

**VS.**                                    **NO. 5:17-CV-79-JLH-BD**

**DANNY BURLS,** *et al*.                                                          **DEFENDANTS**

### ORDER

Defendants have filed an Answer to Plaintiff's Complaint.   If Defendants intend

to pursue a defense that Plaintiff failed to exhaust his administrative remedies before

filing this lawsuit, it must be raised by motion for summary judgment no later than

November 6, 2017.   Discovery is stayed until further order.

DATED this 5th day of October, 2017.


_____
UNITED STATES MAGISTRATE JUDGE