A

In The United States District Court
Eastern District of Arkansas
Pine Bluff Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 21 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Charles E. Hamner #143063                                    Plaintiff

V.                    Case No. 5:17 CV 00079 JLH BD

Danny Burls, et.al,                                          Defendant's

"Motion For Extension of Time To Respond"

The plaintiff has recently received a motion filed with the court in behalf of the defendant's for summary judgement. The plaintiff is "PRO SE" in this particular case and currently struggling with a serious mental illness he's diagnosed with Post Traumatic stress disorder. The plaintiff is asking the court to grant him an extension of time to respond to the defendant's motion for summary judgement or grant him counsel to assist him in his case due to his serious mental health illness that continues to plague him and delay his response time. Wherefore, the reasons listed above the plaintiff prays the court grant his motion.

Respectfully submitted,

⟨Signed: November 15, 2017⟩

Charles E. Hamner #143063
P.O. Box 600
Grady, AR 71644

⟨Page 1 of 1⟩