IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. HAMNER,
ADC #143063                                                                                        PLAINTIFF

V.                              CASE NO. 5:17-CV-79-JLH-BD

DANNY BURLS, et al.                                                                         DEFENDANTS

## ORDER

Defendants have moved for summary judgment on grounds that Mr. Hamner failed to fully exhaust his administrative remedies before he filed this lawsuit. (Docket entry #26) Mr. Hamner has requested additional time to respond to the motion. (#29) Mr. Hamner's motion (#29) is GRANTED. His response to the Defendants' motion is now due on or before December 15, 2017.

In opposing the motion for summary judgment, Mr. Hamner may attach affidavits that he or others have signed. Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn statements will not be considered in deciding the motion for summary judgment. And to be considered, an affidavit must be based on the personal knowledge of the person who signs it.

The Defendants' motion concerns only whether Mr. Hamner fully exhausted the grievance process with regard to his claims against the Defendants before he filed suit. Therefore, his response to this motion should address only that issue; that is, whether he

exhausted his administrative remedies regarding his claims against the Defendants and, if not, whether there was a valid reason why he did not.

 IT IS SO ORDERED, this 28th day of November, 2017.

          _____
          UNITED STATES MAGISTRATE JUDGE