In The United States District Court
Eastern District of Arkansas
Pine Bluff Division

Charles E. Hamner #143063 — Plaintiff

V.    Case No. 5:17cv00079 JLH BD

Danny Burls, et. al. — Defendant

## "Motion To Amend"

Comes now the "PRO SE" plaintiff with all due respect to the honourable judges and the court asking for time and permission to repair and fix his complaint before it is mandated by the court to dismiss it in its entirety. The plaintiff is "PRO SE" and has a very limited understanding of civil law due to only receiving a high school education. However, the recommendation being duly noted is to dismiss the plaintiffs claim "without prejudice" indicating the plaintiff can change his complaint and fix whatever problems the court brings to his attention. The court should allow the plaintiff at least one chance to amend his complaint and fix whatever the court thinks is wrong with it. (Shomo v. City of New York, 579 3d 176 (2d Cir. 2009) is one case in which a court talks about how important it is to give "PRO SE" prisoner's a chance to amend their complaint. Wherefore, the plaintiff prays for his request to be granted and an extended adequate amount of time be granted to do it in. With all due respect, Respectfully submitted,

(date: January 12, 2018)    (signed: Charles E. Hamner #143063)

&lt;Page 1 of 1&gt;