IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. HAMNER, ADC #143063                                        PLAINTIFF

v.                         NO. 5:17CV00079 JLH/BD

DANNY BURLS, *et al.*                                                 DEFENDANTS

### RESPONSE TO PLAINTIFF'S MOTION TO AMEND

Come the Defendants, Danny Burl, Connie Jenkins, Maurice Williams, Steve Outlaw, and Marvin Evans, (hereinafter referred to collectively as the "ADC Defendants"), and for their Response to Plaintiff's Motion to Amend Complaint, state:

1. On January 9, 2018, the Honorable Magistrate Judge entered a Recommended Disposition (DE 32) wherein it was recommended that Plaintiff's Complaint be dismissed based upon Plaintiff's failure to exhaust his administrative remedies.

2. Plaintiff now moves the Court for leave to amend his complaint so that he may "fix whatever the Court thinks is wrong with it."

3. ADC Defendants assert that Plaintiff cannot remedy his failure to exhaust his administrative remedies by amending the Complaint in this action, and consequently, request this Court deny his Motion to Amend.

**WHEREFORE,** ADC Defendants request this Court deny Plaintiff's Motion to Amend and enter an order dismissing all claims against the ADC Defendants in

accordance with the Recommended Disposition (DE 32), and for all other just and proper relief to which they may be entitled.

          Respectfully submitted,

          Leslie Rutledge
          Attorney General

By:   */s/ William C. Bird III*
      Arkansas Bar No. 2005149
      Assistant Attorney General
      323 Center Street, Suite 200
      Little Rock, Arkansas 72201
      Telephone: (501) 682-1317
      Facsimile: (501) 682-2591
      william.bird@arkansasag.gov

      *Attorneys for Separate Defendants*

## CERTIFICATE OF SERVICE

I, William C. Bird, Assistant Attorney General, do hereby certify that on January 29, 2018, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

I, William C. Bird, hereby certify that on January 29, 2018, I mailed this document by U.S. Postal Service to the following non CM/ECF participant:

Mr. Charles Hamner, ADC #143063
Varner Supermax
Arkansas Department of Correction
P.O. Box 400
Grady, Arkansas 71644-0600

          */s/ William C. Bird III*
          William C. Bird III