# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES E. HAMNER, ADC #143063**                                    **PLAINTIFF**

v.                         **NO. 5:17CV00079 JLH-BD**

**DANNY BURLS, et al.**                                                       **DEFENDANTS**

## **ORDER**

United States Magistrate Judge Beth Deere has recommended that the defendants' motion for summary judgment be granted and that Charles E. Hamner's claims be dismissed without prejudice because he failed to exhaust his administrative remedies as to the claims asserted in his complaint. Hamner filed a motion for leave to amend, stating that because the complaint would be dismissed without prejudice he should be allowed one opportunity to attempt to amend his complaint. The defendants respond that an amendment cannot cure the failure to exhaust administrative remedies. Perhaps not. But since the recommendation is to dismiss the complaint without prejudice, Hamner should be given one opportunity to amend the complaint. The motion for leave to amend is GRANTED. Document #33. Hamner may file an amended complaint within 30 days from the entry of this Order. If he fails to do so, this action will be dismissed. The Court therefore declines to adopt the recommendation that Hamner's claims be dismissed at this time. Document #32. The motion for summary judgment is denied. Document #26.

The Court again designates United States Magistrate Judge Beth Deere to hear and determine all pretrial matters, or to make a recommended disposition, as appropriate.

IT IS SO ORDERED this 31st day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE