IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. HAMNER,
ADC #143063                                                                                          PLAINTIFF

V.                              CASE NO. 5:17-CV-79 JLH-BD

DANNY BURLS, et al.                                                                              DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After carefully considering the Recommendation and Hamner's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion to dismiss (#37) is GRANTED. The Court previously dismissed, with prejudice, Hamner's due process claims, as well as his claim that Defendants violated ADC policy and procedure. Mr. Hamner's retaliation claim is DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies. Mr. Hamner's claim that he was denied adequate medical treatment during his assignment to administrative segregation is also DISMISSED, without prejudice.

The Clerk is instructed to close this case.

IT IS SO ORDERED, this 1st day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE