IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES E. HAMNER,**
**ADC #143063**                                                       **PLAINTIFF**

**V.**           **CASE NO. 5:17-CV-79 JLH-BD**

**DANNY BURLS, et al.**                                       **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 1st day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE