AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 23 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| CHARLES E HAMNER, ADC #143063 ) | |
| *Plaintiff/Petitioner* ) | |
| v. ) | Civil Action No. 5:17-CV-00079-JLH |
| DANNY BURLS, ET AL. ) | |
| *Defendant/Respondent* ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Ark. dept. of Corr. Varner Supermax__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ __∅__, and my take-home pay or wages are: $ __∅__ per
(specify pay period) __N/A__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☑ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

money for commissary purchases from my elderly mother

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ **None**.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: **None**

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: **None**

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: **None**

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: **Ark. dept. of Corr, postage and legal copy fees Amount is unknown**

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: **May 10, 2018**

**Charles E. Hamner #143063**
*Applicant's signature*

**Charles E. Hamner #143063**
*Printed name*

## CALCULATION OF INITIAL PAYMENT OF FILING FEE

(To be Completed by the Institution of Incarceration)

PLAINTIFF: Charles E. Hamner

ADC NUMBER: 143063

FEDERAL COURT CASE NUMBER (IF KNOWN): 5:17-cv-00079-JLH

Total deposits for last six (6) months: $140.75

Average monthly deposit (total deposits divided by 6): $23.46

Total balances for last six (6) months: $10.47

Average monthly balance:
(Total balances divided by 6) $1.75

Current account balance: $0.26

Initial payment of filing fee as of 5/15/18: $4.69

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: 5/15/18       AUTHORIZED OFFICIAL Heather Knight

(NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$505.00 FOR AN APPEAL)

## CERTIFICATE
(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ 0.26 on account to his/her credit at the Varner institution where he/she is confined.

I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution: none to my knowledge.

I further certify that during the past six months the applicant's average balance was $ 1.75.

5/15/18
Date

Heather Knight
Signature of Authorized Officer of Institution