RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2018 MAY 23 AM 9:32
JAMES W. McCORMACK
BY:

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 23 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

In The United States District Court
Eastern District of Arkansas
Pine Bluff Division

Charles E. Hamner #143063     Plaintiff

V.    NO. 5:17-CV-00079-JLH/BD

Danny Burls, et.al.     Defendant

"Notice of Appeal"

Notice is hereby given that Charles E. Hamner #143063, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgement of respectable United States District Judge J. Leon Holmes, from an order (doc. #43-0) signed into effect on May 1, 2018 dismissing the plaintiffs above referenced cause of action. The plaintiff respectfully appeals in good faith on behalf of his case.

(dated: May 13, 2018)    (signed: Charles E. Hamner #143063)

P.O. Box 400
Grady, AR 71644

Charles Hamner #143063
P.O. Box 400
Grady, AR 71644

⟨Legal Mail⟩

Appeal

ADC
VARNER
UNIT

NEOPOST
05/22/2018
US POSTAGE $000.47⁰
FIRST-CLASS MAIL
ZIP 71643
041M11284981

7220183099 0041

United States District Court
600 West Capitol Avenue
Suite A-149
Little Rock, AR 72201