IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. HAMNER, ADC #143063                                                    PLAINTIFF

v.                                NO. 5:17CV00079-JLH

DANNY BURLS, et al.                                                                        DEFENDANTS

## ORDER

Pending is Charles Hamner's motion for leave to appeal *in forma pauperis* (IFP). A party who is permitted to proceed IFP in district court may proceed on appeal IFP without further authorization, unless the district court has certified that the appeal would not be taken in good faith. FED. R. APP. P. 24(a)(3)(A).

In this case, the Court granted Hamner's request to proceed IFP on March 24, 2017. Document #3. Because the May 1, 2018 Judgment from which Hamner appeals does not certify that an IFP appeal would not be taken in good faith (#43), his pending motion for leave to appeal IFP is GRANTED. Document #45.

A prisoner who is permitted to file an appeal IFP still must pay the statutory appellate filing fee. Method and timing of payment are the only issues to be resolved. *Henderson v. Norris*, 129 F.3d 481, 483 (8th Cir. 1997); FED. RULE APP. P. 3(e).

Based on information in a certified copy of Hamner's inmate trust fund account, the Court assesses an initial partial filing fee of $4.69. Hamner's custodians are obligated to collect the initial partial filing fee, as well as the balance of the $505.00 appellate filing fee by deducting 20% of the preceding month's income credited to Hamner's prison trust account each time the amount in the account exceeds $10.00 until the filing fee is paid in

full.  28 U.S.C. § 1915(b)(2).  The payments forwarded on Hamner's behalf must be clearly identified by name and case number.

The Clerk of Court is directed to send a copy of this Order to the Arkansas Department of Correction Trust Fund Centralized Banking Office, P.O. Box 8908, Pine Bluff, Arkansas 71611, the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612, and the Warden of Varner Supermax Unit, P.O. Box 400, Grady, Arkansas 71644.

IT IS SO ORDERED this 29th day of May, 2018.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE