# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 01, 2018

Mr. Charles Hamner
ARKANSAS DEPARTMENT OF CORRECTIONS - VARNER SUPERMAX
143063
P.O. Box 400
Grady, AR  71644-0400

RE:  18-2181  Charles Hamner v. Danny Burls, et al      5:17-cv-00079-JLH

Dear Mr. Hamner:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and case number on all correspondence or pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The district court has granted you leave to proceed in forma pauperis and has set a payment schedule. All payments must be made to the district court clerk's office. Payments should bear the inmate's name and register number, as well as the district court case number. The payment should also indicate that it is being applied to the appeal fee for this case. Any questions about payment of the fee should be directed to the clerk of the district court.

An order setting a briefing schedule will be forwarded under separate notice of docket activity. Please note that all pleadings must be filed on a timely basis and that any request for additional time to file a brief must show a good cause for the extension of time. If you file handwritten pleadings, please write as clearly as possible. The court strictly enforces the page limits for briefs and overlength briefs will be rejected.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc: Mr. William C Bird III
 Mr. Jim McCormack

District Court/Agency Case Number(s):   5:17-cv-00079-JLH

**Caption For Case Number:   18-2181**

Charles Hamner

        Plaintiff - Appellant

v.

Danny Burls, Warden, Maximus Security Unit, ADC; Connie Jenkins, Classification Supervisor/Officer, Maximum Security Unit, ADC; Maurice Williams, Major, Maximum Security Unit, ADC; Steve Outlaw, Deputy Warden, Maximum Security Unit, ADC; Marvin Evans, Deputy Director, ADC

        Defendants - Appellees

**Addresses For Case Participants:   18-2181**

Mr. Charles Hamner
ARKANSAS DEPARTMENT OF CORRECTIONS - VARNER SUPERMAX
143063
P.O. Box 400
Grady, AR  71644-0400

Mr. William C Bird III
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000



18-2181 Charles Hamner v. Danny Burls, et al "PRISONER case docketed" (5:17-cv-00079-JLH)

ca08ml_cmecf_Notify    to:                                    06/01/2018 10:10 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 06/01/2018

| | |
|---|---|
| **Case Name:** | Charles Hamner v. Danny Burls, et al |
| **Case Number:** | 18-2181 |
| **Document(s):** | Document(s) |

**Docket Text:**
Prisoner case docketed. [4668112] [18-2181] (Crystal Henderson)

**Notice will be electronically mailed to:**

Mr. William C Bird, III: william.bird@arkansasag.gov, debra.sebring@arkansasag.gov, agcivil@arkansasag.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


**Notice will be mailed to:**


Mr. Charles Hamner
ARKANSAS DEPARTMENT OF CORRECTIONS - VARNER SUPERMAX
P.O. Box 400
Grady, AR 71644-0400

The following document(s) are associated with this transaction:
**Document Description:** Prisoner Civil Rights Letter
**Original Filename:**
/opt/ACECF/live/forms/CrystalHenderson_182181_4668112_PrisonerCivilRightsLetters_171.pdf

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/01/2018] [FileNumber=4668112-0]
[3390394f85b3c68601dde94deed12dbca9a7954bc4cd45c4701a50a224fdfd46c3481ffbb81f0bc1
6e82ffa451bc6a31b8bd5a1e188cf8e312044e75a9860b21]]

**Recipients:**
- Mr. William C Bird, III
- Mr. Charles Hamner
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4668112
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6059640, 6059641, 6059642

# UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.     18-2181   Charles Hamner v. Danny Burls, et al

Date:          June 01, 2018

If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, CDs, videos, administrative records and state court files.

### FILING DATES:

**NOTE:** These dates may be advanced if a party files a brief early. The dates may also be extended if party obtains an extension of time. See FRAP 31(a).

Appellant Brief: ........................................................07/11/2018
   **( Charles Hamner )**

Appellee Brief............................... **30 days from the date the court issues the Notice of Docket Activity filing the brief.**

Reply Brief .............................**14 days from the date the court issues the Notice of Docket Activity filing the brief.**

Please note the provisions of Eighth Circuit Rule 32A concerning the filing of briefs and reply briefs responding to multiple briefs.

### ALL BRIEFS MUST BE FILED WITH THE
### ST. LOUIS CLERK'S OFFICE



18-2181 Charles Hamner v. Danny Burls, et al "Civil Briefing Schedule Set" (5:17-cv-00079-JLH)

ca08ml_cmecf_Notify    to:                                                06/01/2018 10:44 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 06/01/2018

| | |
|---|---|
| **Case Name:** | Charles Hamner v. Danny Burls, et al |
| **Case Number:** | 18-2181 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS: If the original file of the U.S. District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by 8th Circuit Rule 30A shall not be required. In accordance with 8th Circuit Local Rule 30A (a)(2), the clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format or filed under seal, exhibits, administrative records and state court files.
BRIEF OF APPELLANT Charles Hamner due 07/11/2018.
Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant.
Appellant reply brief is due 14 days from the date the court issues the Notice of Docket Activity filing the appellee brief. [4668144] [18-2181] (Crystal Henderson)

**Notice will be electronically mailed to:**

Mr. William C Bird, III: william.bird@arkansasag.gov, debra.sebring@arkansasag.gov, agcivil@arkansasag.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Charles Hamner
ARKANSAS DEPARTMENT OF CORRECTIONS - VARNER SUPERMAX
P.O. Box 400
Grady, AR 71644-0400

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:**
/opt/ACECF/live/forms/CrystalHenderson_182181_4668144_ProSeBriefingSchedule_176.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/01/2018] [FileNumber=4668144-0]
[cbd2a052e0f3e2e5a2a1aa335961b0c6c3a327d71726dab93a35fba8d2cd1275e60072def94ee158
b0e78efb56318969bccc8fc9562cfec4967a3add6dc5ae84]]
**Recipients:**
- Mr. William C Bird, III
- Mr. Charles Hamner
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4668144
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6059700, 6059701