```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT068693
Cashier ID: almadd
Transaction Date: 09/06/2018
Payer Name: RODERICK AND SOLANGE
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: RODERICK AND SOLANGE
 Case/Party: D-ARE-5-17-CV-000079-001
 Amount:     $505.00
----------------------------------------
CHECK
 Check/Money Order Num: 515
 Amt Tendered: $505.00
----------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 06 2018

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK